UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL WOODS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:23-cv-01019-SEB-TAB |
| B. HURT Correctional Lieutenant, et al., | ) ) ) |
| Defendants. | ) |

### FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. This action is **dismissed without prejudice**.

Date: 4/22/2025

*Sarah Evans Barker* (signature)

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: *Samantha Burmester* (signature)
Deputy Clerk, U.S. District Court

Distribution:

MICHAEL WOODS
911570
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Warden Trent Allen
Pendleton Correctional Facility
4490 West Reformatory Road
PENDLETON, IN 46064